UNITED STATES of America,
Plaintiff–Appellee

v.

Armando PAREDES–MUNOZ, also
known as Ramon Paredes, also known
as Armando Padres, Defendant–Appel-
lant

UNITED STATES of America,
Plaintiff–Appellee

v.

Armando PAREDES–MUNOZ,
Defendant–Appellant.

Nos. 13–10104, 13–10108
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 25, 2013.

James Wesley Hendrix, Assistant U.S.
Attorney U.S. Attorney's Office, Dallas,
TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public
Defender, Federal Public Defender's Of-
fice, Dallas, TX, Peter Michael Fleury, As-
sistant Federal Public Defender, Federal
Public Defender's Office, Fort Worth, TX,
for Defendant–Appellant.

Before JOLLY, JONES, and
HIGGINSON, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Armando Paredes–Munoz has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Paredes–Munoz has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that these consolidated appeals present no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.